**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:

      Latonia L Phifer

          Debtor(s)

Case No. 14 B 29704

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

      Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

    1)  The case was filed on 08/13/2014.

    2)  The plan was confirmed on 12/18/2014.

    3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

    4)  The trustee filed action to remedy default by the debtor in performance under the plan on 03/25/2015.

    5)  The case was Converted on 04/23/2015.

    6)  Number of months from filing to last payment: 8.

    7)  Number of months case was pending: 11.

    8)  Total value of assets abandoned by court order:  NA .

    9)  Total value of assets exempted:  NA .

    10) Amount of unsecured claims discharged without payment: $0.00.

    11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $1,018.04 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$1,018.04** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $855.48 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $40.48 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$895.96** |

Attorney fees paid and disclosed by debtor:    $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| American Inforsource LP as agent | Unsecured | 201.00 | NA | NA | 0.00 | 0.00 |
| America'S Fi | Unsecured | 8.00 | NA | NA | 0.00 | 0.00 |
| Americollect Inc | Unsecured | 189.00 | NA | NA | 0.00 | 0.00 |
| AT&T Mobility II LLC | Unsecured | 400.00 | 950.83 | 950.83 | 0.00 | 0.00 |
| Cda/pontiac | Unsecured | 273.00 | NA | NA | 0.00 | 0.00 |
| Cerastes | Unsecured | 0.00 | 430.00 | 430.00 | 0.00 | 0.00 |
| Cerastes | Unsecured | 0.00 | 680.00 | 680.00 | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 4,200.00 | 2,472.93 | 2,472.93 | 0.00 | 0.00 |
| Citywide Property Management | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Comenity Bank/FashBug | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 900.00 | 1,473.34 | 1,473.34 | 0.00 | 0.00 |
| Consumer Portfolio Svc | Unsecured | 9,245.00 | NA | NA | 0.00 | 0.00 |
| Crd Prt Asso | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Lp | Unsecured | 396.00 | NA | NA | 0.00 | 0.00 |
| Credit One Bank | Unsecured | 816.00 | NA | NA | 0.00 | 0.00 |
| Creditors Discount & Audit Co | Unsecured | 649.00 | 943.00 | 943.00 | 0.00 | 0.00 |
| Earthlink | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| East Bay Funding | Unsecured | 8,915.08 | NA | NA | 0.00 | 0.00 |
| Economy Interiors | Unsecured | 1,517.00 | 1,516.64 | 1,516.64 | 0.00 | 0.00 |
| Enhanced Recovery Co L | Unsecured | 778.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery Co L | Unsecured | 424.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery Corp | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| Enterprise Rent a Car | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| H&f Law | Unsecured | 247.00 | NA | NA | 0.00 | 0.00 |
| I C System Inc | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| I.C. System Inc. | Unsecured | 950.00 | NA | NA | 0.00 | 0.00 |
| IL Dept of Employment Security | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Illinois Tollway | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 0.00 | 1,917.38 | 1,917.38 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 2,483.34 | 85.65 | 85.65 | 0.00 | 0.00 |
| Midland Cred | Unsecured | 1,413.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Midland Credit Mgmt | Unsecured | 931.00 | NA | NA | 0.00 | 0.00 |
| National Credit Soluti | Unsecured | 226.00 | NA | NA | 0.00 | 0.00 |
| pay day loan store | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 950.00 | 1,785.72 | 1,785.72 | 0.00 | 0.00 |
| Peoples Engy | Unsecured | 184.00 | NA | NA | 0.00 | 0.00 |
| Peoplesene | Unsecured | 646.00 | NA | NA | 0.00 | 0.00 |
| PLS Payday Loan Store | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Rc | Unsecured | 886.00 | NA | NA | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 719.00 | 719.58 | 719.58 | 0.00 | 0.00 |
| Regional Acceptance Coporation | Unsecured | 2,751.73 | NA | NA | 0.00 | 0.00 |
| Regional Acceptance Corp | Secured | 4,410.00 | 5,396.76 | 4,375.00 | 62.80 | 59.28 |
| Regional Acceptance Corp | Unsecured | NA | 1,021.76 | 1,021.76 | 0.00 | 0.00 |
| Seventh Ave | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| Sprint Corp | Unsecured | 450.00 | 777.60 | 777.60 | 0.00 | 0.00 |
| St. Joseph Hospital | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| T-Mobile | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $4,375.00 | $62.80 | $59.28 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$4,375.00** | **$62.80** | **$59.28** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,917.38 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$1,917.38** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$12,857.05** | **$0.00** | **$0.00** |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $895.96 |
| Disbursements to Creditors | $122.08 |
| **TOTAL DISBURSEMENTS:** | **$1,018.04** |

**UST Form 101-13-FR-S (9/1/2009)**

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 07/10/2015                          By: /s/ Marilyn O. Marshall

                                                           Trustee


**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**